IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02808-PAB-MJW

OSCAR R. MARTINEZ and
ROSE MARIE MARTINEZ,

Plaintiff(s),

v.

KENT M. PALMGREN and
PALMGREN FARMS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Motion for Court Order Regarding the Deposition of Plaintiff's Expert Witness Dennis Gutzman, M.D. (Docket no. 23) is GRANTED as follows. Plaintiff shall provide to Defendants Rule 26(a)(2)(B) disclosures of all of Dr. Gutzman's medical opinions including but not limited to opinions on causation, permanency issues (e.g., permanent disability and impairment), damages, etc., on or before May 19, 2015. If such disclosure is not made timely, then the deposition of Dr. Gutzman shall be cancelled and reset to a later date.

Date: May 12, 2015